UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
MARSHALL GREENBERG,                                    JUDGMENT
                                                       12-CV- 5636 (CBA)
           Plaintiff,

   -against-

DERRICK GREENBERG,

           Defendant.
--------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on February 11, 2015, granting Defendant's motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of Defendant; it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; and that judgment is hereby entered in favor of Defendant Derrick Greenberg and against Plaintiff Marshall Greenberg.

Dated: Brooklyn, New York                                Douglas C. Palmer
       February 11, 2015                                   Clerk of Court

                                                    by:    */s/ Janet Hamilton*
                                                              Deputy Clerk